UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACANTHA LLC,

    Plaintiff,

v.

NUVASIVE, INC.,

    Defendant.

Case No. 19-cv-10656
Hon. Matthew F. Leitman

_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF NO. 17)

On December 4, 2019, the Court held a hearing on Defendant's motion to dismiss Plaintiff's First Amended Complaint. (*See* Mot., ECF No. 17.) For the reasons explained on the record at the conclusion of the motion hearing, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 4, 2019

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 4, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

1