## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ACANTHA LLC,

    Plaintiff,

v.

NUVASIVE, INC.,

    Defendant.

_____/

Case: 19-cv-10656
Hon. Matthew F. Leitman

JURY TRIAL DEMANDED

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is Plaintiff Acantha LLC's and Defendant NuVasive, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the Motion, and good cause having been shown, hereby ORDERS that the Motion is GRANTED.

The Court therefore issues a temporary stay of six (6) weeks of all case deadlines.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: September 8, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 8, 2020, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                                 Case Manager
                                                 (810) 341-9764