UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ACANTHA LLC,

      Plaintiff,                          Case No. 19-cv-10656
                                            Hon. Matthew F. Leitman

v.

NUVASIVE, INC.,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' Stipulation of Voluntary Dismissal With Prejudice, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 29, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 29, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764